UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22058-CIV-SEITZ

Enrique Cortinas,

    Petitioner,

v.

Jose L. Pastrana, Warden FCI/FPC,
et al.,

    Defendants.
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

THE UNDERSIGNED MAGISTRATE JUDGE to whom the above-style case has been assigned, hereby recuses himself/herself and refers the matter to the Clerk of Court for reassignment pursuant to Administrative Order 2007-68. All parties to this action are noticed as follows:

1. That the above-styled cause is hereby reassigned to <u>United States Magistrate Judge William C. Turnoff</u>, for all further proceedings, and

2. That all documents hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officers as follows:

08-22058-CIV-SEITZ/**Turnoff**

DONE AND ORDERED in Chambers, at Miami, Florida, this 24th day of July, 2008.

_____
JOHN J. O'SULLIVAN
United State Magistrate Judge

c:    All counsel of record/<u>pro se</u> parties